REDEVELOPMENT COMM. v. GRIMES

No. 113 PC.

Case below: 8 N.C. App. 376.

Petition for writ of *certiorari* to North Carolina Court of Appeals allowed 28 August 1970.

ROBERTS CO. v. MILLS, INC.

No. 135 PC.

Case below: 8 N.C. App. 612.

Petition for writ of *certiorari* to North Carolina Court of Appeals denied 1 September 1970.

ROOKS v. CEMENT CO.

No. 128 PC.

Case below: 9 N.C. App. 57.

Petition for writ of *certiorari* to North Carolina Court of Appeals denied 28 August 1970.

SAWYER v. SHACKLEFORD

No. 134 PC.

Case below: 8 N.C. App. 631.

Petition for writ of *certiorari* to North Carolina Court of Appeals denied 1 September 1970.

SNEAD v. MILLS, INC.

No. 124 PC.

Case below: 8 N.C. App. 447.

Petition for writ of *certiorari* to North Carolina Court of Appeals denied 28 August 1970.

STARR v. PAPER CO.

No. 133 PC.

Case below: 8 N.C. App. 604.

Petition for writ of *certiorari* to North Carolina Court of Appeals denied 28 August 1970.